UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KIRTLAND SPEAKS, D.C.                                    CIVIL ACTION

versus                                                   NO. 04-1952

MARK B. KRUSE, ET AL                                     SECTION: "E"(3)

ORDER AND REASONS

Plaintiff Kirtland Speaks, D.C. ("Dr. Speaks") filed a motion in the district court pursuant to Fed. R. Civ. P. 65.  Dr. Speaks sought a preliminary injunction to prohibit the application and enforcement of Louisiana Revised Statutes 37:1743[1] and Title 46 Part 27, §307(H)[2] of the Louisiana Administrative Code ("LAC"), which prohibit Dr. Speaks, and/or anyone acting for and on behalf of Dr. Speaks, from soliciting by telephone prospective patients who may be in need of chiropractic

---

[1] La. R.S. 37:1734 provides as follows:
A.   A healthcare provider or person designated, contracted, or paid by the healthcare provider, shall not directly solicit by phone or mail, patients or potential patients who, because of their particular circumstances are vulnerable to an undue influence.  Circumstances in which patients or potential patients may be considered to be vulnerable to undue influence include but are not limited to:

  (1)   When a person is known to the healthcare provider to have recently been involved in a motor vehicle accident.

  (2)   When a person is known to the healthcare provider to have recently been involved in a work-related accident.

  (3)   When a person is known to the healthcare provider to have recently been injured by another person or as a result of another person's actions.

[2] LAC 46, part XXVII, §307(H), Professional and Occupational Standards for Chiropractors, Professional Conduct, provides as follows:
   H.   Computer-generated or live, unsolicited telephone canvassing to prospective new patients is prohibited.

treatment, including specifically persons who have recently been involved in a motor vehicle accident.  On November 19, 2004, at record document #26, the district court granted a preliminary injunction as to LAC 46, part XXVII, §307(H), but denied a preliminary injunction as to La.R.S. 37:1743.  Dr. Speaks appealed to the Fifth Circuit Court of Appeals.

On March 29, 2006, the Fifth Circuit reversed and vacated the district court's denial of a preliminary injunction as to La.R.S. 37:1743, and remanded the matter to the district court with instruction to grant the preliminary injunction and for further proceedings consistent with its opinion.  The Judgment was issued as a Mandate on April 21, 2006.

Accordingly,

**IT IS ORDERED** that plaintiff Kirtland Speaks' motion for a preliminary injunction is **GRANTED** at to Louisiana Revised Statute 37:1743.

New Orleans, Louisiana, this 22nd day of May, 2006.

_____
MARCEL LIVAUDAIS, JR.
Senior United States District Judge