FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN -6  AM 7:38

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KIRKLAND SPEAKS                                         CIVIL   ACTION

VERSUS                                                  NO.  04-1952

MARK B. KRUSE, ET AL                                    SECTION: "E"(3)

### O R D E R

Counsel for the parties have communicated with each other and are available Thursday, June 22, 2006 at 2:00 P.M.  The Court very much appreciates the cooperation of counsel for the parties in scheduling this status conference.

Therefore,

IT IS ORDERED that a status conference will be held Thursday, June 22, 2006 at 2:00 P.M.

New Orleans, Louisiana, this 5th day of June, 2006.

_____
MARCEL LIVAUDAIS, JR.
Senior United States District Judge

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____